# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:12CR47 |
| vs. | ) | ORDER |
| SAUL GOMEZ-MENDOZA, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Saul Gomez-Mendoza to reconsider detention (Filing No. 31). Upon consideration of the Pretrial Services report, the nature of the charges in the Indictment, the defendant's criminal history, and the circumstances of his arrest, the motion for reconsideration of detention is denied.

**IT IS SO ORDERED.**

DATED this 28th day of March, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge