IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SAUL GOMEZ-MENDOZA,<br><br>　　　　　　　　Defendants. | 8:12CR47<br><br>MEMORANDUM AND ORDER |

Before the court are the Findings and Recommendation and Order ("F&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 63, and the transcript of the motion to suppress hearing held on August 21, 2012 (Filing No. 65). No objection has been filed to the "F&R." Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the "F&R" in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The "F&R," Filing No. 63 and Filing No. 65, is adopted in its entirety; and

2. The defendant's motion to suppress, Filing No. 48, is denied in its entirety.

Dated this 21st day of September, 2012.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　United States District Judge